UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Vivian Maritza Callaghan

(Enter above the full name of plaintiff in this action)

v.

Fred A. Good and Julie E Good

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: _____
(to be supplied by Clerk of the District Court)

FILED
HARRISBURG, PA
JAN 24 2024
PER _____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff __Vivian Callaghan__ a citizen of the County of __York County__ State of Pennsylvania, residing at __6071 Pine Rd, Thomasville PA 17364__ wishes to file a complaint under __Complaint ForJury for Wrongful ejectment as a Tenant__
(give Title No. etc.)

2. The defendant is __Fred Good and Julie Good__
__4092 Manchester St, Glen Rock PA 17327__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __Please Find attached the statement of Claim.__

3. (CONTINUED) Please find it attached statement of claim.

4. WHEREFORE, plaintiff prays that Please find it attached statement of claim

(Signature of Plaintiff) Vivian Callaghan